# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

April 21, 2005

BY HAND

Peter T. Dalleo, Clerk
United States District Court
844 King Street
Wilmington, DE 19801

Re: Georgia-Pacific Corp. v. United States Gypsum
C.A. No. 94-489-###

Dear Dr. Dalleo:

I am writing in response to your inquiry about this case. This case remains stayed because the defendants have filed petitions pursuant to Chapter 11 of the bankruptcy laws. Under the circumstances, I understand that the files will not be shipped to Archives and that the sealed docket items will not be returned to counsel at this time. The parties will advise you when the bankruptcy proceedings have been concluded.

Respectfully,

Jack B. Blumenfeld

JBB/bls

cc: Ron Eberhardt (By Hand)
    Richard K. Herrmann, Esquire (By Hand)