OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 20 , 2007

Jack B. Blumenfeld
Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347 Wilmington, DE 19899
jbbefiling@mnat.com

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

RE: **Georgia-Pacific v. U.S. Gypsum Company, et al**
         Civ No.:94-cv-00489 KAJ

Dear Counsel:

    The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by July 31, 2007.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

    *If counsel does not claim the documents that they filed by the above date*, the Clerk will <u>unseal</u> any sealed documents remaining and send them to the NARA in accordance with the Order.

    To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**

<u>returnsealeddocs@ded.uscourts.gov</u>

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

    Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. **An attorney who is not a registered CM/ECF filer** may claim their sealed documents by phoning me at the Clerk's Office, at 302-573-6170.

Sincerely,

By: /s/ Larisha Davis

Deputy Clerk

Enc.
    Docket Sheet