REVIEWED
By Larisha Davis at 11:09 am, Jun 07, 2007

CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:94-cv-00489
### Internal Use Only

| | |
|---|---|
| Georgia-Pacific v. U.S. Gypsum Company, et al | Date Filed: 09/29/1994 |
| Assigned to: Vacant Judgeship (2002) | Date Terminated: 02/28/2002 |
| Demand: $0 | Jury Demand: Plaintiff |
| Case in other court:  97-01238 | Nature of Suit: 830 Patent |
|                       97-01244 | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Georgia-Pacific Corporation**    represented by    **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Gypsum Company**    represented by    **Mary Matterer**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Fax: (302) 571-1750
Email: mmatterer@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard K. Herrmann**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: rherrmann@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **L & W Supply Corporation** | represented by | **Mary Matterer** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Richard K. Herrmann** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **United States Gypsum Company** | represented by | **Richard K. Herrmann** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **L & W Supply Corporation** | represented by | **Richard K. Herrmann** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Georgia-Pacific Corporation** | represented by | **Jack B. Blumenfeld** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **United States Gypsum Company** | represented by | **Richard K. Herrmann** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **L & W Supply Corporation** | represented by | **Richard K. Herrmann** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Georgia-Pacific Corporation** | represented by | **Jack B. Blumenfeld** <br> (See above for address) |

| | | |
|---|---|---|
| 02/07/1995 | 55 | MOTION by Georgia-Pacific with Proposed Order for Joseph F. Posillico to Appear Pro Hac Vice (lg) (Entered: 02/07/1995) |
| 02/07/1995 | | So Ordered granting [55-1] motion for Joseph F. Posillico to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (lg) (Entered: 02/08/1995) |
| 02/09/1995 | 56 | Letter from Richard Hermann to Judge McKelvie RE: motion pro hac vice of Joseph F. Posillico. (lg) (Entered: 02/09/1995) |
| 02/13/1995 | 57 | MOTION by Georgia-Pacific to Strike Defendants' Affirmative Defense , and to Dismiss Their Counterclaim of Inequitable Conduct (lg) (Entered: 02/14/1995) |
| 02/13/1995 | 58 | Opening Brief Filed by Georgia-Pacific [57-1] motion to Strike Defendants' Affirmative Defense Answer Brief due 2/27/95, [57-2] motion to Dismiss Their Counterclaim of Inequitable Conduct Answer Brief due 2/27/95 {SEALED} (lg) (Entered: 02/14/1995) |
| 02/13/1995 | 59 | MOTION by Georgia-Pacific to Dismiss Defendants' Counterclaim for a Declaratory Judgment that Georgia-Pacific's '762 Patent is Invalid, Unenforceable and not Infringed, for Lack of Subject Matter Jurisdiction (lg) (Entered: 02/14/1995) |
| 02/13/1995 | 60 | Opening Brief Filed by Georgia-Pacific [59-1] motion to Dismiss Defendants' Counterclaim for a Declaratory Judgment that Georgia-Pacific's '762 Patent is Invalid, Unenforceable and not Infringed, for Lack of Subject Matter Jurisdiction Answer Brief due 2/27/95 {SEALED} (lg) (Entered: 02/14/1995) |
| 02/13/1995 | 61 | ANSWER by Georgia-Pacific to [52-2] counter claim, [23-2] counter claim (lg) (Entered: 02/14/1995) |
| 02/14/1995 | 62 | CERTIFICATE OF SERVICE by Georgia-Pacific copies First Set of Requests for Admission (lg) (Entered: 02/14/1995) |
| 02/17/1995 | 63 | MOTION by Georgia-Pacific with Proposed Order for Stacy L. Kelly to Appear Pro Hac Vice (lg) (Entered: 02/22/1995) |
| 02/23/1995 | | So Ordered granting [63-1] motion for Stacy L. Kelly to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (lg) (Entered: 02/23/1995) |
| 02/24/1995 | 64 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp copies Second Set of Interrogs. (lg) (Entered: 02/24/1995) |
| 02/28/1995 | 65 | Answer Brief Filed by U.S. Gypsum Company, L & W Supply Corp [59-1] motion to Dismiss Defendants' Counterclaim for a Declaratory Judgment that Georgia-Pacific's '762 Patent is Invalid, Unenforceable and not Infringed, for Lack of Subject Matter Jurisdiction Reply Brief due 3/7/95 {SEALED}.(lg) Modified on 02/14/1996 (Entered: 03/01/1995) |
| 02/28/1995 | 66 | Answer Brief Filed by U.S. Gypsum Company, L & W Supply Corp [57-1] motion to Strike Defendants' Affirmative Defense Reply Brief due |

| | | |
|---|---|---|
| | | 3/7/95 (lg) (Entered: 03/01/1995) |
| 03/01/1995 | 67 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp copies First Set of Requests for Admissions. (lg) (Entered: 03/02/1995) |
| 03/06/1995 | 68 | STIPULATION w/pro. order that the time for pltf. to serve its reply briefs is extended until 3/13/95. (ssb) (Entered: 03/07/1995) |
| 03/08/1995 | | So Ordered granting [68-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ssb) (Entered: 03/10/1995) |
| 03/08/1995 | | Deadline updated: reset Reply Brief Deadline to 3/13/95 re: [59-1] motion to Dismiss Defendants' Counterclaim for a Declaratory Judgment that Georgia-Pacific's '762 Patent is Invalid, Unenforceable and not Infringed, for Lack of Subject Matter Jurisdiction, 3/13/95 re: [57-1] motion to Strike Defendants' Affirmative Defense, 3/13/95 re: [57-2] motion to Dismiss Their Counterclaim of Inequitable Conduct (ssb) (Entered: 03/10/1995) |
| 03/13/1995 | 69 | Letter from Richard K. Herrmann, Esq. to Judge McKelvie RE: Discovery Problems. (lg) (Entered: 03/14/1995) |
| 03/14/1995 | 70 | Reply Brief Filed by Georgia-Pacific [57-1] motion to Strike Defendants' Affirmative Defense, [57-2] motion to Dismiss Their Counterclaim of Inequitable Conduct (lg) (Entered: 03/14/1995) |
| 03/14/1995 | 71 | Reply Brief Filed by Georgia-Pacific [59-1] motion to Dismiss Defendants' Counterclaim for a Declaratory Judgment that Georgia-Pacific's '762 Patent is Invalid, Unenforceable and not Infringed, for Lack of Subject Matter Jurisdiction (lg) (Entered: 03/14/1995) |
| 03/15/1995 | 72 | JOINT STATUS REPORT by Georgia-Pacific, U.S. Gypsum Company, L & W Supply Corp (lg) (Entered: 03/16/1995) |
| 03/15/1995 | 73 | Videotape filed by U.S. Gypsum Company {SEALED} (lg) (Entered: 03/16/1995) |
| 03/15/1995 | 74 | Videotape filed by Georgia-Pacific {SEALED} (lg) (Entered: 03/16/1995) |
| 03/15/1995 | 75 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie in response to USG's March 13, 1995 to Judge Mckelvie RE: Discovery Matters. (lg) (Entered: 03/16/1995) |
| 03/15/1995 | 76 | CERTIFICATE OF SERVICE by U.S. Gypsum Company copies of Responses to Pltf's First Set of Requests for Admissions. (lg) (Entered: 03/16/1995) |
| 03/16/1995 | 77 | Letter from Judge McKelvie to Mr. Herrmann in response to Mr. Hermann's 3/13/95 letter identifying various discovery issues. (lg) (Entered: 03/16/1995) |
| 03/17/1995 | 78 | Letter from Richard K. Herrmann, Esq. to Judge McKelvie to request oral argument on pltf's Motion to Dismiss Defts' Counterclaim for a |

| | | |
|---|---|---|
| | | secretary (lg) (Entered: 05/16/1995) |
| 05/15/1995 | 105 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp copies Response to Second Request for Production of Documents and Things. (lg) (Entered: 05/16/1995) |
| 05/17/1995 | 106 | Proposed Order filed to deny [57-1] motion to Strike Defendants' Affirmative Defense, [57-2] motion to Dismiss Their Counterclaim of Inequitable Conduct (lg) (Entered: 05/17/1995) |
| 05/17/1995 | 107 | Proposed Order filed to deny [59-1] motion to Dismiss Defendants' Counterclaim for a Declaratory Judgment that Georgia-Pacific's '762 Patent is Invalid, Unenforceable and not Infringed, for Lack of Subject Matter Jurisdiction (lg) (Entered: 05/17/1995) |
| 05/17/1995 **VOID** | 108 | Steno Notes for 5/12/95 Teleconference - ct rptr K. Maurer. (lg) (Entered: 05/18/1995) |
| 05/18/1995 | 109 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie RE: Mr. Hermann's 5/16/95 letter. (lg) (Entered: 05/18/1995) |
| 05/19/1995 | 110 | Letter from Richard K. Herrman, Esq. to Judge McKelvie to inform that no further response from pltf is necessary on the subject matter of the 5/12/95 teleconference. (lg) (Entered: 05/22/1995) |
| 05/22/1995 | 111 | NOTICE by Georgia-Pacific to take deposition of John M. Lorenzen on 6/7/95 at 9:30 a.m. (lg) (Entered: 05/22/1995) |
| 05/22/1995 | 112 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp copies Response to Second Set of Request for Admission. (lg) (Entered: 05/23/1995) |
| 05/23/1995 | 113 | TRANSCRIPT filed for dates of 5/12/95 teleconference - ct rptr K. Maurer. (lg) (Entered: 05/23/1995) |
| 05/23/1995 | 114 | NOTICE by Georgia-Pacific to take deposition of Donald E. Egan on 6/9/95 at 10:00 a.m. (lg) (Entered: 05/26/1995) |
| 05/24/1995 | 115 | TRANSCRIPT filed for dates of 12/9/94 teleconference - ct rptr K. Maurer. (lg) (Entered: 05/26/1995) |
| 05/31/1995 | 116 | CERTIFICATE OF SERVICE by U.S. Gypsum Company copies Supplemental Responses to First Set of Requests for Admissions. (lg) (Entered: 06/02/1995) |
| 06/05/1995 | 117 | MOTION by U.S. Gypsum Company, L & W Supply Corp for Summary Judgment on the Issue of Increased Damages (lg) (Entered: 06/06/1995) |
| 06/05/1995 | 118 | (SEALED) Opening Brief Filed by U.S. Gypsum Company, L & W Supply Corp [117-1] motion for Summary Judgment on the Issue of Increased Damages Answer Brief due 6/19/95 (lg) Modified on 6/7/2007 (lid, ). (Entered: 06/06/1995) |
| 06/05/1995 | 119 | AFFIDAVIT of David K. Callahan filed by U.S. Gypsum Company, L & W Supply Corp Re: [117-1] motion for Summary Judgment on the Issue |

| | | |
|---|---|---|
| | | of Increased Damages (lg) (Entered: 06/06/1995) |
| 06/05/1995 | 120 | AFFIDAVIT of John M. Lorenzen filed by U.S. Gypsum Company, L & W Supply Corp Re: [117-1] motion for Summary Judgment on the Issue of Increased Damages {SEALED} (lg) Modified on 06/06/1995 (Entered: 06/06/1995) |
| 06/05/1995 | 121 | Appendix to Brief Filed by U.S. Gypsum Company, L & W Supply Corp Appending [118-1] opening brief {SEALED} (lg) (Entered: 06/06/1995) |
| 06/09/1995 | 122 | CERTIFICATE OF SERVICE by Georgia-Pacific copies Second Set of Interrogs. (lg) (Entered: 06/12/1995) |
| 06/09/1995 | 123 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie in response to the last point raised in deft's 5/12/95 letter. (lg) (Entered: 06/13/1995) |
| 06/12/1995 | 124 | AFFIDAVIT of Jack B. Blumenfeld, Esq. filed by Georgia-Pacific {SEALED} (lg) (Entered: 06/13/1995) |
| 06/12/1995 | | Status conference held - ct rptr V. Gunning. (lg) (Entered: 06/13/1995) |
| 06/12/1995 | 125 | MOTION by U.S. Gypsum Company, L & W Supply Corp for Summary Judgment on the Issue of Increased Damages (lg) (Entered: 06/13/1995) |
| 06/12/1995 | 126 | Opening Brief Filed by U.S. Gypsum Company, L & W Supply Corp [125-1] motion for Summary Judgment on the Issue of Increased Damages Answer Brief due 6/26/95 {SEALED} (lg) (Entered: 06/13/1995) |
| 06/12/1995 | 127 | Appendix to Brief Filed by U.S. Gypsum Company, L & W Supply Corp Appending [126-1] opening brief {SEALED} (lg) (Entered: 06/13/1995) |
| 06/12/1995 | 128 | AFFIDAVIT of John M. Lorenzen filed by U.S. Gypsum Company, L & W Supply Corp Re: [125-1] motion for Summary Judgment on the Issue of Increased Damages {SEALED} (lg) Modified on 06/13/1995 (Entered: 06/13/1995) |
| 06/12/1995 | 129 | AFFIDAVIT of David K. Callahan filed by U.S. Gypsum Company, L & W Supply Corp Re: [125-1] motion for Summary Judgment on the Issue of Increased Damages (lg) (Entered: 06/13/1995) |
| 06/13/1995 | 130 | TRANSCRIPT filed for dates of 6/12/95 conference - ct rptr V. Gunning. (lg) (Entered: 06/14/1995) |
| 06/14/1995 | | (Court only) **Terminated document (lg) (Entered: 06/14/1995) |
| 06/23/1995 | 131 | Letter from Richard K. Herrmann, Esq. to Judge McKelvie RE: Issue of Willful Infringement. (lg) (Entered: 06/23/1995) |
| 06/26/1995 | 132 | MOTION by U.S. Gypsum Company, L & W Supply Corp for Partial Summary Judgment of Non-Infringement {SEALED} (lg) Modified on 06/26/1995 (Entered: 06/26/1995) |
| 06/26/1995 | 133 | Opening Brief Filed by U.S. Gypsum Company, L & W Supply Corp [132-1] motion for Partial Summary Judgment of Non-Infringement |

| | | |
|---|---|---|
| | | Answer Brief due 7/10/95 {SEALED} (lg) (Entered: 06/26/1995) |
| 06/26/1995 | 134 | AFFIDAVIT of Ray Mlinac filed by U.S. Gypsum Company, L & W Supply Corp Re: [132-1] motion for Partial Summary Judgment of Non-Infringement {SEALED} (lg) (Entered: 06/26/1995) |
| 06/26/1995 | 135 | AFFIDAVIT by U.S. Gypsum Company, L & W Supply Corp Re: [132-1] motion for Partial Summary Judgment of Non-Infringement {SEALED} (lg) (Entered: 06/26/1995) |
| 06/26/1995 | 136 | Appendix to Brief Filed by U.S. Gypsum Company, L & W Supply Corp Appending [133-1] opening brief {SEALED} (lg) (Entered: 06/26/1995) |
| 06/26/1995 | 137 | ANSWER by Georgia-Pacific to [52-2] counter claim, [23-2] counter claim (lg) (Entered: 06/26/1995) |
| 07/03/1995 | 138 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie in response to USG's 6/23/95 letter. (lg) (Entered: 07/10/1995) |
| 07/07/1995 | 139 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie to bring the court's attention to the Federal Circuit decision relating to the issues raised by pltf's Motion for a Declaratory Judgment with respect to the '762 patent for lack of subject matter jurisdiction (D.I. 59). (lg) (Entered: 07/10/1995) |
| 07/10/1995 | | Tele-conference held (lg) (Entered: 07/11/1995) |
| 07/10/1995 | 140 | Letter from Richard K. Herrmann, Esq. to Judge McKelvie in response to pltf's 7/3/95 letter concerning the disposition of USG's pending motion for summary judgment that pltf is not entitled to increased damages. (lg) (Entered: 07/11/1995) |
| 07/11/1995 | 141 | CERTIFICATE OF SERVICE by U.S. Gypsum Company copies Answers to Second Set of Interrogs. (lg) (Entered: 07/11/1995) |
| 07/11/1995 | | Tele-conference held - ct rptr V. Gunning. (lg) (Entered: 07/11/1995) |
| 07/11/1995 VOID | 142 | Steno Notes for 7/10/95 teleconference - ct rptr H. Slate. (lg) (Entered: 07/12/1995) |
| 07/14/1995 | 143 | TRANSCRIPT filed for dates of 7/11/95 teleconference - ct rptr V. Gunning. (lg) (Entered: 07/17/1995) |
| 07/18/1995 | 144 | Letter from Richard K. Herrmann, Esq. to Judge McKelvie to inform that witnesses and counsel are available on 8/30/95, for the Rule 56 hearing on Gypsum's motion for summary judgment. (lg) (Entered: 07/18/1995) |
| 07/18/1995 | 145 | Letter from Richard K. Herrman, Esq. to Judge McKelvie in response to pltf's 7/7/95 letter in which they again requested that the court dismiss deft's counterclaim seeking a declaration of non-infringement, invalidty and unenforceability with respect to pltf's '762 patent. (lg) (Entered: 07/18/1995) |
| 07/19/1995 | 146 | Letter from Jack Blumenfeld, Esq. to Judge McKelvie RE: Mr. Herrmann's 7/18/95 letter regarding the 8/30/95 "motion hearing" date. |

| | | |
|---|---|---|
| | | Counsel states this date is really for the depositions of Messrs. Lorenzen & Egan. (lg) (Entered: 07/19/1995) |
| 07/20/1995 | 147 | Letter from Richard K. Herrmann, Esq. to Judge McKelvie to inform counsel for Gypsum and the witnesses are available for the Rule 56 hearing on 9/8/95 at 10:00 a.m. (lg) (Entered: 07/21/1995) |
| 07/25/1995 | 148 | Answer Brief Filed by Georgia-Pacific [132-1] motion for Partial Summary Judgment of Non-Infringement Reply Brief due 8/1/95 {SEALED} (lg) (Entered: 07/26/1995) |
| 07/26/1995 | 149 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie to inform that the 9/8/95 date for the depositions of Messrs. Lorenzen and Egan is convenient for Georgia-Pacific's counsel. (lg) (Entered: 07/26/1995) |
| 07/31/1995 | 150 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie in response to Defts' 7/18/95 letter concerning pltf's request that the Court dismiss Defts' counterclaim for a declaratory judgment on the '762 patent in light of the Federal Circuit's recent decision in Super Sack. . .vs. Chase Packaging Corp. (lg) (Entered: 08/01/1995) |
| 08/02/1995 | 151 | STIPULATION with proposed order to extend the time to 8/3/95 for defts to file their Reply Brief in Support of Their Motion for Partial Summary Judgment of Non-Infringement. (lg) (Entered: 08/02/1995) |
| 08/03/1995 | 152 | Reply Brief Filed by U.S. Gypsum Company, L & W Supply Corp [132-1] motion for Partial Summary Judgment of Non-Infringement (lg) (Entered: 08/09/1995) |
| 08/07/1995 | | So Ordered granting [151-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (lg) (Entered: 08/09/1995) |
| 08/09/1995 | 153 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp copies Fourth Set of Interrogs. (lg) (Entered: 08/10/1995) |
| 08/10/1995 | 154 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie to bring the Court's attention to a misrepresentation in defts reply bried in support of their motion for partial summary judgment on non-infringement filed 8/3/95. (lg) (Entered: 08/11/1995) |
| 08/11/1995 | 155 | CERTIFICATE OF SERVICE by Georgia-Pacific copies Third Set of Interrogs. (lg) (Entered: 08/14/1995) |
| 08/28/1995 | 156 | CERTIFICATE OF SERVICE by Georgia-Pacific copies Fourth Set of Interrogs. (lg) (Entered: 08/29/1995) |
| 09/01/1995 | 157 | CERTIFICATE OF SERVICE by U.S. Gypsum Company copies Fourth Amended Reply to First Set of Interrogs. (lg) (Entered: 09/01/1995) |
| 09/05/1995 | 158 | Letter from Richard K. Herrmann, Esq. to Judge McKelvie on behalf of defendants to address several remaining discovery disputes between the parties. (lg) (Entered: 09/05/1995) |
| 09/06/1995 | 159 | Letter from Jack B. Blumenfeld, Esq. to Judge McKelvie RE: Several Remaining Discovery Disputes Between the Parties. (lg) (Entered: |

| | | |
|---|---|---|
| | | 09/06/1995) |
| 09/08/1995 | | Motion hearing re:discovery disputes (ntl) (Entered: 10/23/1995) |
| 09/11/1995 | 160 | SEALED DOCUMENT United States Gypsum Company's Documents Received at the 9/8/95 Hearing. (lg) (Entered: 09/14/1995) |
| 09/11/1995 | 161 | ORDER, set Telephone Conference for 9:00 9/22/95 ( signed by Judge Mary P. Trostle ) copies to: Blumenfeld, Herrman & Matterer (lg) (Entered: 09/14/1995) |
| 09/13/1995 | 162 | STIPULATION with proposed order for the time for pltf to respond to defts' Fourth Set of Interrogs is extended to 9/15/95 and the time for defts to respond to pltf's Third Set of Interrogs is extended to 9/18/95. (lg) (Entered: 09/14/1995) |
| 09/13/1995 VOID | 163 | Steno Notes for 9/12/95 Pretrial Conference - ct rptr K. Maurer. (lg) (Entered: 09/14/1995) |
| 09/13/1995 | | Motion hearing re: motion for sum. jgm. / disc. disputes (ntl) (Entered: 10/23/1995) |
| 09/14/1995 | | So Ordered granting [162-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (lg) (Entered: 09/14/1995) |
| 09/14/1995 | 164 | TRANSCRIPT filed for dates of 9/13/95 conference - ct rptr V. Gunning. (lg) (Entered: 09/14/1995) |
| 09/14/1995 | 165 | CERTIFICATE OF SERVICE by U.S. Gypsum Company copies Second Set of Request for Admission (lg) (Entered: 09/15/1995) |
| 09/14/1995 | 166 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp copies Fifth Set of Interrogs. (lg) (Entered: 09/15/1995) |
| 09/15/1995 | 167 | Letter from Richard K, Herrman, Esq. to Judge McKelvie RE: File Wrappers of the Patents-in-suit. (lg) (Entered: 09/15/1995) |
| 09/15/1995 | 168 | Letter dated 9/15/95 from Richard K. Herrmann to Judge McKelvie re not attending today's conference call (ds) (Entered: 09/18/1995) |
| 09/18/1995 | 169 | CERTIFICATE OF SERVICE by Georgia-Pacific re Georgia-Pacific's resp. to defts' 4th set of interrogs. to pltf. (ds) (Entered: 09/18/1995) |
| 09/18/1995 VOID | 170 | Steno Notes for 9/15/95 conference by Ct Rptr Kevin Maurer (ds) (Entered: 09/18/1995) |
| 09/18/1995 | 171 | ANSWER to Gypsum's 4th set of Interrogatories filed by Georgia-Pacific via letter dated 9/18/95 from Richard K. Herrmann to Judge McKelvie (ds) (Entered: 09/18/1995) |
| 09/19/1995 | 172 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp re United States Gypsum Company's resp. to pltf's 3d set of interrogs. (ds) (Entered: 09/19/1995) |
| 09/19/1995 | 173 | TRANSCRIPT filed for dates of 9/15/95 tele-conference. (ds) (Entered: 09/19/1995) |

| | | |
|---|---|---|
| 09/20/1995 | 174 | TRANSCRIPT filed [0-0] telephone conference for dates of 7/10/95 (ds) (Entered: 09/20/1995) |
| 09/21/1995 | 175 | Letter dated 9/21/95 from Jack B. Blumenfeld to Judge McKelvie re parties list of trial witnesses. (ds) (Entered: 09/22/1995) |
| 09/25/1995 | 176 | Letter from Jack B. Blumenfeld to the Honorable Roderick R. McKelvie dated February 25, 1995 (SEALED) (ds) (Entered: 09/25/1995) |
| 09/26/1995 | 177 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp re United States Gypsum Company's resp. to pltf's 4th set of interrogs. (ds) (Entered: 09/27/1995) |
| 09/29/1995 | | (Court only) **Terminated document--DI 59 prev. resolved by Court at tele-conf. (bkb) (Entered: 10/10/1995) |
| 10/02/1995 | 178 | Letter dated 10/2/95 from Jack B. Blumenfeld to Judge McKelvie re filing with the Clerk the affidavit of Brian G. Randall (ds) (Entered: 10/05/1995) |
| 10/02/1995 | 181 | AFFIDAVIT of Brian G. Randall Re: [148-1] answer brief (ds) (Entered: 10/05/1995) |
| 10/04/1995 | 179 | Letter dated October 4, 1995 from Richard K. Herrmann to Judge McKelvie requesting G-P's post briefing submissions be stricken or granting USG leave to file response. (ds) (Entered: 10/05/1995) |
| 10/04/1995 | 180 | RESPONSE by U.S. Gypsum Company, L & W Supply Corp to G-P's Belated Post-Briefing Summary Judgment Submissions RE: [132-1] motion for Partial Summary Judgment of Non-Infringement (ds) (Entered: 10/05/1995) |
| 10/05/1995 | 182 | Letter dated 10/5/95 from Richard K. Herrmann to Judge McKelvie requesting the Court not to enter G-P's proposed order and allow USG to argue at trial what it learned in discovery about the validity of G-P's patents. (ds) (Entered: 10/06/1995) |
| 10/06/1995 | 183 | Letter dated 10/6/95 from Jack B. Blumenfeld to Judge McKelvie re proposed form of order as to contentions. (ds) (Entered: 10/12/1995) |
| 10/10/1995 | 184 | Letter dated 10/10/95 from Jack B. Blumenfeld to Judge McKelvie re tele-conference set for 10/11/95 and that USG intends to request a one-day extension of the discovery period. (ds) (Entered: 10/12/1995) |
| 10/11/1995 | | Tele-conference held re disc. dispute (ntl) (Entered: 10/25/1995) |
| 10/12/1995 | 185 | Letter dated 10/12/95 from Jack B. Blumenfeld to Judge McKelvie in response to USG's October 5, 1995 letter. (ds) (Entered: 10/23/1995) |
| 10/18/1995 | 186 | Letter from Jack B. Blumenfeld to the Honorable Roderick R. McKelvie dated 10/18/95 (SEALED) (ds) (Entered: 10/23/1995) |
| 10/19/1995 | 187 | TRANSCRIPT filed for dates of 10/11/95 (ds) (Entered: 10/23/1995) |
| 10/24/1995 | 188 | CERTIFICATE OF SERVICE by Georgia-Pacific re expert report of Dr. |

|  |  |  |
|---|---|---|
|  |  | Bob Bruce concerning infringement on behalf of pltf. Georgia-Pacific Corporation (ds) (Entered: 10/24/1995) |
| 10/24/1995 | 189 | CERTIFICATE OF SERVICE by Georgia-Pacific re expert report of James D. Hopkins, Jr. concerning infringement on behalf of pltf. Georgia-Pacific Corporation & expert report of Professor Jerry A. Hausman relating to commercial success and damages (ds) (Entered: 10/24/1995) |
| 10/27/1995 |  | (Court only) **Terminated deadlines re discovery 10/13/95, dispositive motions 10/20/95 (ds) (Entered: 10/30/1995) |
| 10/27/1995 | 190 | Letter dated 10/26/95 from Richard K. Herrmann to Judge McKelvie re confirming change of trial date to 1/29/96. (ds) (Entered: 10/30/1995) |
| 10/27/1995 | 191 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp re expert report of Gerald H. Bjorge (ds) (Entered: 10/30/1995) |
| 10/27/1995 | 192 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp re expert report of Dr. Richard A. Kuntze (ds) (Entered: 10/30/1995) |
| 10/30/1995 |  | (Court only) **Terminated deadlines re trial 1/22/96 (ds) (Entered: 10/30/1995) |
| 10/31/1995 | 193 | ORDER RESCHEDULING TRIAL, set a ten day Jury Trial for 9:00 1/29/96 ( signed by Judge Roderick R. McKelvie ) copies to: cnsl (ds) (Entered: 10/31/1995) |
| 11/03/1995 | 194 | MOTION by Georgia-Pacific in Limine to exclude testimony of Gerald H. Bjorge w/exhibits; Answer Brief due 11/17/95 re: [194-1] motion (ntl) (Entered: 11/06/1995) |
| 11/03/1995 | 195 | Letter from J. Blumenfeld, Esq. to J. McKelvie re req. for prompt hearing on in limine motion to exclude G. Bjorge testimony. (ntl) (Entered: 11/06/1995) |
| 11/03/1995 | 196 | Letter from J. Blumenfeld, Esq. to J. McKelvie re expert report of R. Kuntze. (ntl) (Entered: 11/06/1995) |
| 11/07/1995 | 197 | CERTIFICATE OF SERVICE by Georgia-Pacific re resp. to 5th set of interrogs. and resp. to 2nd set of req. for admission. (ntl) (Entered: 11/10/1995) |
| 11/09/1995 | 198 | MOTION by U.S. Gypsum Company, L & W Supply Corp to Prohibit the "Expert" Testimony of James D. Hopkins Concerning Infringement; Answer Brief due 11/23/95 re: [198-1] motion (ntl) (Entered: 11/10/1995) |
| 11/09/1995 | 199 | Letter w/exhibit A from R. Herrmann to J. McKelvie responding to G-P's mot. in limine to exclude expert test. of G. Bjorge and in response to G-P's 11/3/95 letter to Court. (ntl) (Entered: 11/10/1995) |
| 11/13/1995 | 200 | Answer Brief Filed by Georgia-Pacific [125-1] motion for Summary |

| | | | |
|---|---|---|---|
| | | | Judgment on the Issue of Increased Damages Reply Brief due 11/20/95, [117-1] motion for Summary Judgment on the Issue of Increased Damages; Reply Brief due 11/20/95 (SEALED). (ntl) (Entered: 11/13/1995) |
| 11/14/1995 | | 201 | Letter from J. Blumenfeld to RRM re resp. to USG's 11/9/95 ltr. on experts. (ntl) (Entered: 11/17/1995) |
| 11/15/1995 | | 202 | Letter from R. Herrmann to RRM re S/J briefing complete; req. for conf. (ntl) (Entered: 11/17/1995) |
| 11/15/1995 | | 203 | Reply Brief Filed by U.S. Gypsum Company, L & W Supply Corp [125-1] motion for Summary Judgment on the Issue of Increased Damages, [117-1] motion for Summary Judgment on the Issue of Increased Damages (SEALED). (ntl) (Entered: 11/17/1995) |
| 11/16/1995 | | 204 | Letter from R. Herrmann to RRM re cert. pgs. of brief printed in italics; reprinted copy enclosed. (ntl) (Entered: 11/17/1995) |
| 11/24/1995 | | 205 | Answer Brief Filed by Georgia-Pacific [198-1] motion to Prohibit the "Expert" Testimony of James D. Hopkins Concerning Infringement; Reply Brief due 12/1/95 (SEALED). (ntl) (Entered: 11/25/1995) |
| 11/27/1995 | | 206 | Letter from J. Blumenfeld to RRM re telecnf. on expert issues. (ntl) (Entered: 11/27/1995) |
| 11/27/1995 | | 207 | Letter from R. Herrmann to RRM re expert depos. and pending motions. (ntl) (Entered: 11/28/1995) |
| 11/28/1995 | | | Tele-conference held re discovery dispute (ntl) (Entered: 11/29/1995) |
| 11/29/1995 | VOID | 208 | Steno Notes for 11/28/95 (rprtr. L. Dibbs) (ntl) (Entered: 11/30/1995) |
| 11/29/1995 | | 209 | ORDER denying [117-1] motion for Summary Judgment on the Issue of Increased Damages; denying [125-1] motion for Summary Judgment on the Issue of Increased Damages; denying [132-1] motion for Partial Summary Judgment of Non-Infringement; denying [194-1] motion in Limine to exclude testimony of Gerald H. Bjorge w/exhibits; denying [198-1] motion to Prohibit the "Expert" Testimony of James D. Hopkins Concerning Infringement; see order for further details;( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 11/30/1995) |
| 11/30/1995 | | 210 | Letter from R. Herrmann to RRM re expert Dr. Richard A. Kuntze. (ntl) (Entered: 11/30/1995) |
| 12/05/1995 | | 211 | CERTIFICATE OF SERVICE by Georgia-Pacific re expert report of Dr. Bob Bruce; rebuttal expert report of James D. Hopkins Jr; expert report of Donald W. Banner. (ntl) (Entered: 12/05/1995) |
| 12/05/1995 | | 212 | TRANSCRIPT filed for dates of 11/28/95 (ntl) (Entered: 12/05/1995) |
| 12/08/1995 | | 213 | CERTIFICATE OF SERVICE by U.S. Gypsum Company, L & W Supply Corp re expert rebuttal report of Dr. Richard A. Kuntze and expert report of James E. Malackowski. (ntl) (Entered: 12/11/1995) |
| | | | |

| | | |
|---|---|---|
| | | response to G-P's request that inequitable conduct be tried to the court. (ntl) (Entered: 01/29/1996) |
| 01/26/1996 | 260 | Revised Proposed Preliminary Jury instructions by Georgia-Pacific (ntl) (Entered: 01/29/1996) |
| 01/26/1996 | 261 | Letter from J. Blumenfeld, Esq. to RRM re jury instructions. (ntl) (Entered: 01/29/1996) |
| 01/26/1996 | 262 | Revised Proposed Jury instructions by Georgia-Pacific (ntl) (Entered: 01/29/1996) |
| 01/29/1996 | 263 | Preliminary Jury instructions (ntl) (Entered: 01/29/1996) |
| 01/29/1996 | 264 | MOTION by U.S. Gypsum Company, L & W Supply Corp to exclude just-disclosed testing evidence (ntl) (Entered: 01/29/1996) |
| 01/29/1996 | | Jury trial held (day 1 of 10). (ntl) (Entered: 02/14/1996) |
| 01/30/1996 | 265 | Subpoena for Peter J. Cronk (ntl) (Entered: 01/30/1996) |
| 01/30/1996 | 266 | RESPONSE by U.S. Gypsum Company, L & W Supply Corp to [255-1] motion to preclude USG from calling Michael Ward, Graeme A. Browne and Gerhard Neuhauser as witnesses at trial. (ntl) (Entered: 01/30/1996) |
| 01/30/1996 | | Jury trial held (day 2 of 10). (ntl) (Entered: 02/14/1996) |
| 01/31/1996 | | Jury trial held (day 3 of 10). (ntl) (Entered: 02/14/1996) |
| 02/01/1996 | 267 | MOTION by U.S. Gypsum Company, L & W Supply Corp to limit testimony of G-P expert Dr. Bob Bruce to only those matters in his expert report (ntl) (Entered: 02/01/1996) |
| 02/01/1996 | | Jury trial held (day 4 of 10). (ntl) (Entered: 02/14/1996) |
| 02/02/1996 | | Jury trial held (day 5 of 10). (ntl) (Entered: 02/14/1996) |
| 02/05/1996 | 268 | MOTION by U.S. Gypsum Company, L & W Supply Corp for Judgment as a Matter of Law (ntl) (Entered: 02/05/1996) |
| 02/05/1996 | 269 | NOTICE of offer of proof respecting testimony of Dr. Bruce by Georgia-Pacific (videotape attached). (ntl) (Entered: 02/05/1996) |
| 02/05/1996 | 270 | NOTICE of Offer of Proof by Georgia-Pacific {SEALED}. (ntl) (Entered: 02/05/1996) |
| 02/05/1996 | 271 | Second Revised Proposed Jury instructions by U.S. Gypsum Company, L & W Supply Corp (ntl) (Entered: 02/09/1996) |
| 02/05/1996 | | Jury trial held (day 6 of 10). (ntl) (Entered: 02/14/1996) |
| 02/06/1996 | | Jury trial held (day 7 of 10). (ntl) (Entered: 02/14/1996) |
| 02/07/1996 | | Jury trial held (day 8 of 10). (ntl) (Entered: 02/14/1996) |
| 02/08/1996 | 272 | Jury instructions as given by the Court (ntl) (Entered: 02/09/1996) |
| | | |

| | | |
|---|---|---|
| 02/08/1996 | | Jury trial held (day 9 of 10). (ntl) (Entered: 02/14/1996) |
| 02/09/1996 | 273 | Jury notes filed {SEALED}. (ntl) (Entered: 02/09/1996) |
| 02/09/1996 | 274 | JURY VERDICT (ntl) (Entered: 02/09/1996) |
| 02/09/1996 | 275 | MOTION by U.S. Gypsum Company, L & W Supply Corp to Stay entry of judgment and entry of injunction pending post-trial briefing and appeal; Answer Brief due 2/23/96 re: [275-1] motion (ntl) (Entered: 02/09/1996) |
| 02/09/1996 | | Jury trial held (day 10 of 10). (ntl) (Entered: 02/14/1996) |
| 02/09/1996 | | JUDGMENT registered against defendant L & W Supply Corp (maw) (Entered: 09/06/1996) |
| 02/09/1996 | | JUDGMENT registered against defendant L & W Supply Corp (dab) (Entered: 01/14/1997) |
| 02/09/1996 | | JUDGMENT registered against counter-claimant U.S. Gypsum Company (dab) (Entered: 10/14/1997) |
| 02/09/1996 | | JUDGMENT registered against defendant U.S. Gypsum Company, counter-claimant U.S. Gypsum Company, counter-claimant U.S. Gypsum Company (rbe) (Entered: 08/20/1998) |
| 02/13/1996 | 276 | TRANSCRIPT filed for dates of 1/29/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 277 | TRANSCRIPT filed for dates of 1/30/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 278 | TRANSCRIPT filed for dates of 1/31/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 279 | TRANSCRIPT filed for dates of 2/1/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 280 | TRANSCRIPT filed for dates of 2/2/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 281 | TRANSCRIPT filed for dates of 2/5/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 282 | TRANSCRIPT filed for dates of 2/6/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 283 | TRANSCRIPT filed for dates of 2/7/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 284 | TRANSCRIPT filed for dates of 2/8/96 (ntl) (Entered: 02/14/1996) |
| 02/13/1996 | 285 | TRANSCRIPT filed for dates of 2/9/96 (ntl) (Entered: 02/14/1996) |
| 02/14/1996 | | Tele-conference held re post-trial issues. (ntl) (Entered: 02/21/1996) |
| 02/16/1996 | 286 | ORDER For Entry Of Judgment ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 02/19/1996) |
| 02/16/1996 | 287 | JUDGMENT for Georgia-Pacific against U.S. Gypsum Company, L & W Supply Corp for Infringement of U.S. Patent nos. 4,647,496; 5,319,900; and 5,371,989 with money damages in the amount of $325,000; USG was found not to have infringed U.S. Patent no. 4,810,569; (a copy of verdict form is attached) copies to: cnsl. (ntl) (Entered: 02/19/1996) |

| | | |
|---|---|---|
| 02/20/1996 VOID | 288 | Steno Notes for 2/14/96 teleconf. (court reporter L. Dibbs). (ntl) (Entered: 02/21/1996) |
| 02/20/1996 | 289 | ORDER re U.S. Marshall is directed to furnish lunch for jurors; ( signed by Judge Roderick R. McKelvie ) copies to: financial admin. (ntl) (Entered: 02/21/1996) |
| 02/20/1996 | 290 | Letter from R. Herrmann, Esq. to RRM re agreement between parties on briefing schedule on pltf.'s motion for injunctive relief. (ntl) (Entered: 02/21/1996) |
| 02/20/1996 | 291 | MOTION by Georgia-Pacific with Proposed Order for Entry of a Permanent Injunction; Answer Brief due 3/5/96 re: [291-1] motion (ntl) (Entered: 02/21/1996) |
| 02/21/1996 | 292 | TRANSCRIPT filed [0-0] telephone conference for dates of 2/14/96 (ntl) (Entered: 02/21/1996) |
| 02/26/1996 | 293 | Opposition by Georgia-Pacific to [275-1] motion to Stay entry of judgment and entry of injunction pending post-trial briefing and appeal; (ntl) (Entered: 02/26/1996) |
| 02/29/1996 | 294 | MOTION by U.S. Gypsum Company, L & W Supply Corp for Judgment as a Matter of Law , and for New Trial; Answer Brief due 3/14/96 re: [294-1] motion; Answer Brief due 3/14/96 re: [294-2] motion (ntl) (Entered: 03/08/1996) |
| 03/05/1996 | 295 | Answer Brief Filed by U.S. Gypsum Company, L & W Supply Corp [291-1] motion for Entry of a Permanent Injunction; Reply Brief due 3/12/96 {SEALED}. (ntl) (Entered: 03/08/1996) |
| 03/05/1996 | 295 | MOTION by U.S. Gypsum Company, L & W Supply Corp For Stay Pending Appeal; Answer Brief due 3/19/96 re: [295-1] motion {SEALED}. (ntl) (Entered: 03/08/1996) |
| 03/11/1996 | 296 | Reply Brief Filed by Georgia-Pacific [291-1] motion for Entry of a Permanent Injunction; (ntl) (Entered: 03/12/1996) |
| 03/15/1996 | | Status conference held. (ntl) (Entered: 03/25/1996) |
| 03/18/1996 | 297 | Opening Brief Filed by U.S. Gypsum Company, L & W Supply Corp [294-1] motion for Judgment as a Matter of Law; Answer Brief due 4/1/96, [294-2] motion for New Trial; Answer Brief due 4/1/96 {SEALED}. (ntl) (Entered: 03/19/1996) |
| 03/18/1996 | 298 | Appendix to Brief Filed by U.S. Gypsum Company, L & W Supply Corp Appending [297-1] opening brief {SEALED}. (ntl) (Entered: 03/19/1996) |
| 03/18/1996 | 299 | MOTION with memorandum in support by Georgia-Pacific requesting that the Court find dfts.' infringement of pltf.'s patents willful {SEALED}. (ntl) (Entered: 03/19/1996) |
| 03/19/1996 VOID | 300 | Steno Notes for 3/15/96 hearing (crt. rprtr. K. Maurer). (ntl) (Entered: 03/19/1996) |

| | | |
|---|---|---|
| 03/20/1996 | 301 | TRANSCRIPT filed for dates of 3/15/96 (ntl) (Entered: 03/21/1996) |
| 03/22/1996 | | (Court only) **Terminated document (ntl) (Entered: 03/22/1996) |
| 03/22/1996 | | (Court only) **Terminated deadlines (ntl) (Entered: 03/22/1996) |
| 04/15/1996 | 302 | Stipulated Brief Schedule Filed [294-1] motion for Judgment as a Matter of Law, [294-2] motion for New Trial. (ntl) (Entered: 04/15/1996) |
| 04/15/1996 | 303 | Answer Brief Filed by U.S. Gypsum Company, L & W Supply Corp [299-1] motion requesting that the Court find dfts.' infringement of pltf.'s patents willful; Reply Brief due 4/22/96 {SEALED}. (ntl) (Entered: 04/16/1996) |
| 04/16/1996 | 304 | Letter from J. Blumenfeld, Esq. to J. McKelvie re USG argument at 3/15/96 hearing that an injunction should not issue at this time because of the harm to USG in the marketplace. (ntl) (Entered: 04/17/1996) |
| 04/17/1996 | | (Court only) **Terminated deadlines (ntl) (Entered: 04/17/1996) |
| 04/17/1996 | 305 | Answer Brief Filed by Georgia-Pacific [294-1] motion for Judgment as a Matter of Law; Reply Brief due 4/24/96, [294-2] motion for New Trial; Reply Brief due 4/24/96 {SEALED}. (ntl) (Entered: 04/18/1996) |
| 04/24/1996 | 306 | Letter from R. Herrmann, Esq. to J. McKelvie resp. to G-P's letter of 4/16/96. (ntl) (Entered: 04/25/1996) |
| 04/29/1996 | | So Ordered granting [302-1] brief schedule stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/29/1996) |
| 04/30/1996 | 307 | Letter from J. Blumenfeld, Esq. to J. McKelvie re G-P's answering brief to USG's motion for JMOL and for a new trial. (ntl) (Entered: 04/30/1996) |
| 04/30/1996 | 308 | Reply Brief Filed by Georgia-Pacific [299-1] motion requesting that the Court find dfts.' infringement of pltf.'s patents willful {SEALED}. (ntl) (Entered: 05/01/1996) |
| 05/02/1996 | 309 | Reply Brief Filed by U.S. Gypsum Company, L & W Supply Corp [294-1] motion for Judgment as a Matter of Law, [294-2] motion for New Trial {SEALED}. (ntl) (Entered: 05/03/1996) |
| 05/02/1996 | 310 | Appendix to Brief Filed by U.S. Gypsum Company, L & W Supply Corp Appending [309-1] reply brief {SEALED}. (ntl) (Entered: 05/03/1996) |
| 05/03/1996 | 311 | Letter from R. Herrmann, Esq. to J. McKelvie encl. briefing on USG's motion for judgment as a matter of law or, in the alternative, for a new trial. (ntl) (Entered: 05/06/1996) |
| 05/06/1996 | | Motion hearing held re: [299-1] motion requesting that the Court find dfts.' infringement of pltf.'s patents willful, [295-1] motion For Stay Pending Appeal;, [294-1] motion for Judgment as a Matter of Law, [294-2] motion for New Trial;, [291-1] motion for Entry of a Permanent Injunction. (ntl) (Entered: 05/07/1996) |
| | | |