OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

Jack B. Blumenfeld, ESQ.
Morris, Nichols, Arsht & Tunnell LLP
jbbefiling@mnat.com

RE: <u>Georgia-Pacific v. U.S. Gypsum Company, et al</u>
Civ. No. **94-cv-00489-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 58,60,74,124,148,160,176,186,200,205,270,299,305,308.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk
By: _/s/ Laushe Daws_

I hereby acknowledge receipt of the above mentioned documents on July 31, 2007.

_/s/ Michael S. Williams_
Signature