OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 6, 2007

Mary Matterer, ESQ.
Morris James LLP
mmatterer@morrisjames.com

RE: **Georgia-Pacific v. U.S. Gypsum Company, et al**
Civ. No. **94-cv-00489-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS:
65,73,118,120,121,126,127,128,132,133,134,135,136,203,295,297 298,303,309,310.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Evette Walton_

I hereby acknowledge receipt of the above mentioned documents on  AUG 0 6 2007.

_____
Signature